UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES MICHAEL SNIDER,<br><br>    Defendant. | CASE NO. CR22-5294 BHS<br><br>ORDER |

This matter is before the Court on Defendant James Michael Snider's motion for early termination of supervised release. Dkt. 10.

On October 30, 1996, the Honorable Ralph G. Thompson of the United States District Court of the Western District of Oklahoma sentenced Snider to 360 months of imprisonment and 5 years of supervised release after a jury found him guilty of one count of Conspiracy to Manufacture Methamphetamine, two counts of Manufacture of Methamphetamine, one count of Possession with Intent to Distribute Methamphetamine, one count of Distribution of Methamphetamine, and one count of Felon in Possession of a Firearm. Dkt 2. Snider completed his term of incarceration and began his term of supervised release in the Western District of Washington on February 15, 2022. His

ORDER - 1

supervision is scheduled to terminate in February 2027. Jurisdiction was transferred to this District on October 3, 2022. Dkt. 1.

Snider previously moved this Court to terminate his supervision early in March 2024. Dkt 6. The Court denied Snider's request but stated it would consider another motion for early termination once Snider had completed half of his term of supervised release in October 2024. Dkt 8.

Snider now renews his motion to terminate his supervision early. Dkt. 10. He asserts that he has demonstrated a "longstanding commitment to overcoming his methamphetamine addiction" and that he has not used methamphetamine in 28 years. *Id.* He has maintained negative urinalysis results for drugs and alcohol since his last violation in January 2024. *Id.*; Dkt. 11 at 2. He states that he lives a "quiet lifestyle" with the support of his partner's family and despite significant health issues, works part time. *Id.* at 3-4.

The United States does not oppose his request for early termination of supervision. Dkt. 10 at 1.

Probation acknowledges that that Snider has "performed quite well on supervision" and "does not appear to present a risk of harm to the public," but it is unable to endorse his request "due to violation behavior" within the last 12 months. Dkt. 11 at 2.

The Court concludes that early termination of supervision is appropriate at this time. Compliance with the conditions of supervised release for an extended period demonstrates rehabilitation and that the possibility of early termination provides incentive to defendants to do well on supervision. Snider has demonstrated sustained compliance

with the terms of his supervision before renewing his motion for early termination of supervision. The Court commends Snider on his sobriety from methamphetamine and achieving a stable community and home environment.

## I.   ORDER

Therefore, it is hereby **ORDERED** that Snider's motion for early termination of supervised release, Dkt. 10, is **GRANTED**.

Dated this 1st day of October, 2024.

BENJAMIN H. SETTLE
United States District Judge